**Dated: April 27, 2011 09:08:47**

**The following is ORDERED:**



Niles Jackson
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| DONALD JOE FLEMING II | CASE NO. 08-10972 NLJ |
| Debtor(s). | |

_____
ORDER TO DISMISS FOR FAILURE TO MAKE PAYMENTS
_____

THIS MATTER COMES ON BEFORE THIS COURT ON THE CHAPTER 13 TRUSTEE'S MOTION TO DISMISS. UPON REPRESENTATION OF THE CHAPTER 13 TRUSTEE, THE MOTION WAS FILED ON 02/16/2011, AND A HEARING WAS HELD ON 04/26/2011, AT WHICH TIME IT WAS DETERMINED THAT THE TRUSTEE'S MOTION SHOULD BE GRANTED AND THE CHAPTER 13 CASE SHOULD BE DISMISSED.

IT IS THEREFORE ORDERED THAT THIS CASE IS DISMISSED PURSUANT TO 11 U.S.C. SECTION 1307 (c).

###

APPROVED AND SUBMITTED BY:

/s/ John Hardeman
_____
JOHN HARDEMAN
CHAPTER 13 TRUSTEE
P.O. BOX 1948
OKLAHOMA CITY, OK 73101
trustee@chp13okc.com
(405)236-4843

#611/SM